NATIONAL BRONX BANK OF NEW YORK, Appellant, *v.* UNITED STATES FIDELITY AND GUARANTY COMPANY, Respondent.

Argued March 1, 1943; decided April 8, 1943.

*Meyer Levy* for appellant.

*Adrian P. Burke* and *William J. McArthur* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.